UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THOMAS C. BROOKS, JR.,

                Plaintiff,

-against-

TAILORED SHARED SERVICES, LLC and
MEN'S WEARHOUSE,

                Defendants.
------------------------------------------------------------ X

JUDGMENT
23-CV-9149 (AMD) (RML)

      A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on June 12, 2024, granting the defendants' motion; dismissing the complaint without prejudice; granting plaintiff leave to file an amended complaint within 30 days after the entry of this order; and an Order having been filed on July 17, 2024, dismissing this action without prejudice; it is

      ORDERED and ADJUDGED that defendants' motion is granted; and that this action is dismissed without prejudice.

Dated: Brooklyn, NY
      July 18, 2024

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
      Deputy Clerk